UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL A. MERINAR, | ) | 1: 05 CV F 0636 AWI DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| | ) | PURSUANT TO PLAINTIFF'S |
| v. | ) | NOTICE OF VOLUNTARY |
| | ) | DISMISSAL |
| J.W. HUSKEY, et al., | ) | (DOC 4) |
| | ) | |
| Defendants. | ) | |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

   On June 13, 2005, plaintiff filed a document entitled "Motion for Voluntary Dismissal Without Prejudice." In his motion, plaintiff states that he wishes to dismiss this action due to a pending appeal. Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment. None of the defendants named in this action have been served with the complaint, thus they have not filed an answer or other responsive pleading.

//

1       Accordingly, this action is DISMISSED pursuant to plaintiff's notice of voluntary dismissal
2 and the Clerk of Court is directed to close the file in this action.
3 IT IS SO ORDERED.
4 **Dated:    July 15, 2005**            **/s/ Anthony W. Ishii**
  0m8i78                                                 UNITED STATES DISTRICT JUDGE